# VOLUNTARY STATEMENT

| DATE: | TIME: | PLACE: Vermilion county | | | | DATE OF BIRTH: 11-25-74 |
|---|---|---|---|---|---|---|
| NAME: Shavala Howard | | | | | | |
| ADDRESS: 847 Seminary | CITY: Danville | IL: IL | ZIP: 61832 | | PHONE: 217 994-02?? | |

I Shavala Howard was farrah Johnson cellmate at the vermilion county Jail in cell E-48 I was the person who delivered farrah Johnson baby on April 6, 2014. if you need to talk to me you can get in contact with me through the information that's contain in this voluntary Statement. that I choose by my own choice to write and sign as a witness in this matter.

FILED
MAY 16 2019
MAY - 4 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

I have read this statement consisting of  1  page(s), and affirm to the truth and accuracy of the facts contained therein:

Shavala Howard  5/2/17
SIGNATURE OF PERSON GIVING STATEMENT / DATE

Farrah Johnson  5/2/17
WITNESS / DATE

Briteney J Herbold
5-2-17

"OFFICIAL SEAL"
BRITENEY J. HERBOLD
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/08/18