United State District Court
Central District of Illinois

Farrah Johnson
Plaintiff
v.
Khevin Mashel
Nicole Rouse
Laurie Bernardi
Rose Walker
Defendants

Civil No: 16-CV-2019
Judge: Colin Stirling Bruce

## add claims

Now comes the Plaintiff Farrah Johnson By and through prose to request only to ask the honorable court to allow me to file leave to add claims to this complaint. Against the new defendant c/o Rose Walker address 2.E South street Danville IL 61832. due to the fact after given birth to my child Orlando Johnson inside the vermilion county jail 4-6-14. While I was still in my labor process 4-7-14 I was escorted back from the hospital to the vermilion county jail. By c/o Rose Walker who shackled me at the arms and legs which subjected me to cruel and usual punishment. due to me still being in the labor process Just after given birth. I also ask the honorable court to allow me to file leave only to add a new claim against c/o Nicole Rouse. who also subjected me to cruel and usual punishment as a pregnant female still in the labor process. Just after given birth to my child Orlando Johnson at the vermilion county jail 4-6-14.

1 of 1

I was escorted to the hospital by C/O Nicole Rouse which she shackled me by arm and leg. While the umbilical cord was still attached to me and my child Orlando Johnson, and they had me ride to the hospital with my child Orlando Johnson laying on my chest while I was still very weak and in great pain and distress. I was also escorted to the bathroom while at the hospital by C/O Nicole Rouse which she handcuffed me to a pole in the restroom as well. Also I request that this honorable court allow me to file leave to add a new claim against Sgt. Kevin Maskel. For failure to protect the personal safety of me and my child Orlando Johnson. Also C/O Nicole Rouse and C/O Laurie Bernardi. Due to the fact C/O Nicole Rouse and C/O Laurie Bernardi Ignored my pleads for medical attention. Prior to giving birth 4-6-14. Which if C/O Nicole Rouse and C/O Laurie Bernardi would have given me medical assistance. When I complaint to them about the aches and pains in my stomach prior to 4-6-14. the unecessary infliction of pain and distress I went through from 4-3-14 thru 4-6-14 could have been avoided. If C/O Nicole Rouse and C/O Laurie Bernardi would have given me medical assistance at the moment once I put them on alert. to my serious medical need.

1 of 2

for that reason c/o nicole Rouse and c/o Laurie Bernardi were deliberate indifference in protecting the personal safety of me and my child orlando Johnson. and the honorable court should grant such new claims against the defendants. also the failure to protect the personal safety of me and my child orlando Johnson should be allowed to be added against sgt. kevin maskel. cause he was deliberate indifference to my serious medical need and fail to protect the personal safety of me and my child orlando Johnson. by delaying my serious medical need for 27 minutes and failing to get me Immediatly medical assistance. once it was made aware to him about my serious medical need as a nine month pregnant woman in labor. which he sgt. kevin maskel as the supervisor who was directing the alleged incident 4-6-14 at the vermilion county jail. did'nt call for medical assistance until 27 minutes after being made aware of my serious medical need as a nine month pregnant woman. which put me and my child orlando Johnson life and safety at a great dangerously risk. which force me to give birth to my child orlando Johnson in a filthy toilet inside the vermilion county jail. which my child orlando Johnson was delivered by my cellmate at the time who name is Shavala Howard. and because of sgt. kevin maskel failure

1 of 3

actions towards me I have been left with a back injurie for which I have been taken back medication for the past last three years. and for the first few months of my child orlando Johnson life he was placed on a asthma machine. I ask the honorable court to keep the orginal claims against those orginal defendants which is Sgt. Kevin Maskel, C/o Nicole Rouse, C/o Laurie Bernardi. and add the other new claims against the orginal defendants and the new claim against the new defendant, for the reason explained in this motion. I also ask the honorable court to add allow me to file leave only to add a new claim against C/o Laurie Bernardi. which will also be failure to protect the personal safety of me and my child orlando Johnson. due to the fact C/o Laurie Bernardi was the first respondent officer 4-6-14. and had the same opporunity to call for me Immediatly medical assistance for my serious medical need as a pregnant woman in labor. but fail to do so and because of her misconduct I went through unecessary infliction of pain and distress. in my support against Sgt. Kevin Maskel to add my new claim of failure to protect me and my child orlando Johnson safety. is a memorandum report written by Sgt. Kevin Maskel.

1 of 4

is a memorandum report written by sgt. kevin maskel about the alleged incident involving me and my child orlando Johnson at the vermilion county jail 4-6-14. marked as (exhibit 1.) also to support my new claim of failure to protect the personal safety of me and my child orlando Johnson against c/o Laurie Bernardi. is a memorandum written by c/o Laurie Bernard about the alleged incident involving me and my child orlando Johnson. marked as (exhibit 2.) also to support my new added claim of cruel and usual punishment against the defendants c/o rose walker and c/o nicole house. is my deposition which I explained the cruel and usual punishment I went through while being in labor as a nine month pregnant woman. to and from the hospital marked as (exhibit 3.) to further support my new claim against c/o Laurie Bernardi and sgt. kevin maskel is the vermilion county jail policy of emergency situation. marked as (exhibit 4.) furthermore to support my new added claim against sgt. kevin maskel and c/o Laurie Bernardi is the defendant sgt. kevin maskel answer to my interrogator please read number 17 which the defendant admitt any correctional officer

1 of 5

could call an ambulance in any emergency situation. but still and all my serious medical need was delayed for 27 minutes by the defendants sgt. Kevin Maskel, Laurie Bernardi. defendant interragtor marked as (Exhibit 5.) furthermore to support my new claim and to add the new defendant C/O Rose Walker for subjecting me to cruel and usual punishment. by placing shackles on my arms and legs while I was still in the labor process while I was being escorted back from the hospital after given birth. and the added new claim against C/O nicole Rouse of cruel and usual punishment. by placing shackles on my arms and legs. while I was still in the labor process after given birth while ~~I was~~ being escorted to the hospital by C/O nicole Rouse, is the Chapter 730 correctional specifically 730 ILCS 125/17.5³ marked as (Exhibite.) I pray the honorable court grant such motion.

Date: 8/9 2014     sign: Farrah Johnson