E-FILED
Tuesday, 26 September, 2017  11:31:06 AM
Clerk, U.S. District Court, ILCD



WWW.CLCCRUL.ORG
312-630-9744 (TEL) • (312) 630-1127 (FAX)
100 N. LASALLE STREET • SUITE 600 • CHICAGO, IL 60602

August 16, 2017

Ms. Farrah Johnson
102 N. California Ave.
Danville, IL 61832

Re:   Request for Legal Assistance

Dear Mr. Johnson:

    The work of the Chicago Lawyers' Committee is largely restricted to litigation addressing civil rights violations in hate crimes, employment and housing discrimination in the Chicago land area. It follows that your case is not one in which we would normally become involved.

    I hope that our determination does not deter you from seeking assistance elsewhere. Good luck in your efforts to resolve your problem.

Sincerely,

Michelle Kramer

# LAND OF LINCOLN
LEGAL ASSISTANCE FOUNDATION, INCORPORATED

**EXECUTIVE DIRECTOR**
ADMINISTRATIVE OFFICE
8787 State Street – Suite 201
East Saint Louis, Illinois 62203

**SERVICE OFFICES**
Alton
Carbondale
Champaign
East St. Louis
Springfield

**DOROTHY O. COOK COMMUNITY LAW CENTER**
8787 STATE STREET – SUITE 101
EAST SAINT LOUIS, ILLINOIS 62203

Telephone: (618) 398-0958
Fax: (618) 398-4813

*scampbell@lollaf.org*

**SERVING ILLINOIS COUNTIES OF:**
Clinton
Monroe
Randolph
Saint Clair
Washington

August 11, 2017

Farrah Johnson
102 N. California Ave.
Danville, IL 61832

Dear Ms. Johnson:

I am in receipt of your letter. Land of Lincoln Legal Assistance Foundation, Inc. provides civil legal assistance to the poor in a variety of areas.

However, Land of Lincoln Legal Assistance Foundation, Inc. is federally funded, and under current federal law, we cannot assist prisoners in any civil litigation or in any criminal or post-conviction matters.

I am sorry that we are unable to be of any assistance to you.

Sincerely,



Stacy Campbell,
Managing Attorney

SC/kk

LSC    United Way