UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| FARRAH JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 16-CV-2019 |
| ) | |
| LAURIE A.K. BERNARDI, ) | |
| *et al.,* ) | |
| ) | |
| Defendants. ) | |

MERIT REVIEW OF SECOND AMENDED COMPLAINT

On December 12, 2016, plaintiff filed a motion for leave to file an amended complaint.  On January 17, 2017, the court granted the motion.  The following day, plaintiff filed another motion for leave and proposed amended complaint.  The court directed the clerk to file the amended complaint as a second amended complaint but, inadvertently, failed to undertake a merit review.  The court now undertakes a merit review of [25].  In reviewing the complaint, the court accepts the factual allegations as true, liberally construing them in the plaintiff's favor. *Turley v. Rednour*, 729 F.3d 645, 649 (7th Cir. 2013). However, conclusory statements and labels are insufficient. Enough facts must be provided to "state a claim for relief that is plausible on its face." *Alexander v. U.S.*, 721 F.3d 418, 422 (7th Cir. 2013)(citation omitted).

Plaintiff, a female pretrial detainee, was nine months pregnant when admitted to the Vermillion County jail in April 2014.  Plaintiff claims to have told Correctional Officers Bernardi and Rouse that she needed immediate medical attention. Defendants allegedly failed to provide medical care and plaintiff gave birth to an apparently healthy infant in the toilet in her cell. Plaintiff alleges that Defendant Sgt. Maskel delayed medical treatment as he waited for more than 30 minutes before calling an ambulance.

Plaintiff has stated a colorable claim of deliberate indifference

to a serious medical need against Defendants Bernardi, Rouse and Maskel. It appears that Defendant Maskel has not been served and the docket incorrectly reflects that counsel, G. David Mathues, has entered an appearance on his behalf. The Clerk is DIRECTED to correct this and to send a waiver of service to Defendant Maskel.

IT IS THEREFORE ORDERED:

1. Pursuant to its merit review of the Complaint under 28 U.S.C. § 1915A, the court finds that the plaintiff states an Eighth Amendment claim for deliberate indifference to a serious medical need against Bernardi, Rouse and Maskel. Any additional claims shall not be included in the case, except at the court's discretion on motion by a party for good cause shown or pursuant to Federal Rule of Civil Procedure 15.

2. The clerk is directed to attempt service on Defendant Maskel pursuant to standard procedures.

3. This case is set for a settlement conference before Magistrate Judge Eric Long on November 2, 2017, at 10:00 a.m.

Entered this 1st day of November, 2017

/s/Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE