1

```
            UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF ILLINOIS
                   URBANA DIVISION


FARRAH JOHNSON,                    )
                                   )
     Plaintiff,                    )
                                   )
     -vs-                           )  No. 2:16-CV-02019
                                   )
HARTSHORN, et al.,                 )
                                   )
     Defendants.                   )
```

            THE DEPOSITION of FARRAH JOHNSON, the deponent herein, called by the Defendants for examination pursuant to notice and pursuant to the provisions of the Code of Civil Procedure and the Rules of the Supreme Court thereof pertaining to the taking of depositions, taken before me, Jill A. Bleskey, CSR-RPR, License No. 084-004430, a Notary Public in and for the State of Illinois, at Vermilion County Court Annex, 6 North Vermilion Street, in the City of Danville, County of Vermilion, and State of Illinois on the 30th day of November, A.D., 2016, commencing at 10:05 a.m.

--------------------------------------------------

                    Jill A. Bleskey, RPR
                      CSR #084-004430

**ADVANTAGE REPORTING SERVICE**
**PHONE: 309-673-1881   FAX: 309-673-0341**

**Exhibit A**

FARRAH JOHNSON - November 30, 2016
FARRAH JOHNSON VS HARTSHORN

66

1   A.   The woman from DCFS.
2   Q.   Okay.  And so the woman from DCFS was
3 at the hospital, she asked you who should come and
4 get the baby?
5   A.   Yes.
6   Q.   And what did you say?
7   A.   My mother.
8   Q.   So did your mom come and get the
9 baby?
10  A.   That's what I was told, my mom.
11  Q.   So your mom told you that she came to
12 the hospital and got the baby?
13  A.   Yes.
14  Q.   And the baby, Orlando, was a healthy
15 child, right, a healthy baby?
16  A.   Six pounds and something ounces.  He
17 was able to leave the -- he was able to leave the
18 hospital, what I was told.
19  Q.   Okay.  And he's now, you said, two
20 years old?
21  A.   Yes.
22  Q.   And he's in good health?
23  A.   He's not a sickly baby but he do have

FARRAH JOHNSON - November 30, 2016
FARRAH JOHNSON VS HARTSHORN

67

1  complications the doctor has brought to my mother's
2  attention.  He's very small for his age.  He's not
3  picking up weight.  They're putting him like on
4  vitamins.  But he's a living child.
5     Q.    And what doctor has told your mom
6  that he's small for his age?
7     A.    Just the WIC Center.
8     Q.    WIC?
9     A.    Yeah.
10    Q.    Is that in Danville?
11    A.    Yes.  I'm sorry, yes.
12    Q.    And has Orlando been hospitalized at
13 all in -- during his two years?
14    A.    No.  It's not -- my mother is not
15 concerned.  It was the pediatrician that was
16 concerned.  But they asked her in her own words was
17 she concerned about it and she said no.  But they
18 said he's average but he could be a little bit
19 bigger.
20    Q.    All right.  So apart from being that
21 he's -- they told you -- your mom told you that the
22 doctor said that he's average but you were going to
23 try to get him to be a little bigger?

ADVANTAGE REPORTING SERVICE
PHONE: 309-673-1881   FAX: 309-673-0341

**Exhibit A**

68

1   A.   Yeah.  Yes.
2   Q.   He doesn't have any medical
3   conditions?
4   A.   No.
5   Q.   Okay.
6   A.   He did come home, she did tell me,
7   because I was gone for six months out of his life.
8   But I do remember he had to take the asthma -- he
9   had an asthma -- got asthma.
10  Q.   Oh, he has asthma, okay.  Does he use
11  -- strike that.
12  A.   Asthma, the machine.
13  Q.   Does he use the machine now for
14  asthma?
15  A.   Every once in a while, as-needed.
16  Q.   Okay.
17  A.   But when he was at home he had to
18  have treatments every day.  And I did not smoke
19  with him or drink alcohol.  None of my pregnancies
20  drug related.
21  Q.   Were you treated in the past for
22  cocaine abuse?
23  A.   No.

**Exhibit A**