**FARRAH JOHNSON VS LAURIE BERNARDI**

```
                                                        1

1         IN THE UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF ILLINOIS
2

3

4

5   FARRAH JOHNSON,

6           Plaintiff,

7       vs.                No. 16 cv 2019

8   LAURIE BERNARDI, ET AL.,

9           Defendants.

10

11

12

13

14

15        THE DEPOSITION of SARAH MILLER called as

16   a witness pursuant to notice and pursuant to

17   the provisions of the Federal Rules of Civil

18   Procedure pertaining to the taking of

19   depositions, taken before SUE A. PHELPS, CSR,

20   State of Illinois, at 2 E. South Street,

21   Danville, Illinois, on the 28th day of July,

22   2017, commencing at 12:18 p.m.

23
```

ADVANTAGE REPORTING SERVICE
PHONE: 309-673-1881   FAX: 309-673-0341

**Exhibit B**

SARAH MILLER - July 28, 2017
FARRAH JOHNSON VS LAURIE BERNARDI

                                                          37

1      adopted them?
2   A. This '17. '15. 2015.
3   Q. And then over the past couple years have you
4      continued to see Farrah?
5   A. Yes, I see her.
6   Q. Does she come to the house at all?
7   A. Sometimes.
8   Q. What kind of contact has she had with the four
9      kids?
10  A. I mean, they talk. I mean, the judge told me
11     it was basically up to me. Once I adopt if I
12     wanted Farrah to be back in the children's life
13     it basically was my decision. If anything
14     happened I'm still held reliable, you know.
15  Q. And over the past couple years would you let
16     Farrah come to your house?
17  A. Yeah, she would visit my home.
18  Q. Do you know where Farrah's currently living?
19  A. No. She still -- I mean, I don't know.
20  Q. She doesn't tell you?
21  A. No.
22  Q. Okay. You told me earlier that you delivered
23     Olin. Was Olin a healthy baby?

**Exhibit B**

SARAH MILLER - July 28, 2017
FARRAH JOHNSON VS LAURIE BERNARDI

38

1  A.  Yes, he was healthy.
2  Q.  And the same with Orlando.  You took custody
3      and adopted Orlando.  Is Orlando a healthy
4      child?
5  A.  No.
6  Q.  What issues does Orlando have?
7  A.  He came home on a -- with an asthma machine.
8      He has -- He was born with it.
9  Q.  Oh, he was born with asthma?
10 A.  Yes.  I had problems with basically feeding
11     him.  He don't, you know, take food like he
12     should take it.
13 Q.  When he was a baby?
14 A.  Yeah.
15 Q.  And how about now?  Does he eat okay now?
16 A.  He's -- I mean, he's still on his breathing
17     machine.  He don't have to take it as much
18     because when he was born he was taking it like
19     in the morning, at night.
20 Q.  The breathing you mean?
21 A.  Yes.  So now he basically take it once a day.
22     He eats but he don't eat like he should eat.
23     He's kind of on the thin side, but the doctor

ADVANTAGE REPORTING SERVICE
PHONE: 309-673-1881   FAX: 309-673-0341

**Exhibit B**

SARAH MILLER - July 28, 2017
FARRAH JOHNSON VS LAURIE BERNARDI

43

1  A.  This is Henry Johnson.
2  Q.  So did he write this up and then send it to
3      you?
4  A.  Yes.
5  Q.  And did you read it over before you signed it?
6  A.  Yes.
7  Q.  Is everything that you wrote in here accurate?
8  A.  Yes.
9  Q.  On the second page of the affidavit you talk
10     about what it is that Farrah -- that your
11     daughter Farrah told you about having the baby
12     in the jail.  Right?
13 A.  Yes.
14 Q.  So is all the information that you've written
15     in the affidavit, is it information that was
16     given to you by Farrah?
17 A.  Yes.
18 Q.  Okay.  And that's because you weren't here at
19     the jail when she delivered the baby.  Right?
20 A.  Yes.
21 Q.  Gotcha.  And so is anything that you know about
22     the circumstances of what happened here at the
23     jail, is that -- did that information come

**Exhibit B**

SARAH MILLER - July 28, 2017
FARRAH JOHNSON VS LAURIE BERNARDI

44

1  solely from Farrah?
2  A. Yes. And I can't recall her name. Her
3     roommate.
4  Q. When did you talk to her cellmate?
5  A. Prior to -- Orlando probably was seven months.
6  Q. Where did you -- Is this Shavala Howard?
7  A. Yes, it is.
8  Q. And where did you see Miss Howard?
9  A. At County Market.
10 Q. And what did she tell you?
11 A. I had the childrens with me and that was the
12    first time she seen the baby and she was like
13    oh, my God, is this the baby I delivered? Like
14    really? She was like yes. Your daughter --
15    That was the first time I talked to her.
16         She was like your daughter was in -- my
17    roommate, cellmate, and she went in labor and
18    had this baby and I helped deliver this baby.
19    Me and her alone. I say what do you mean you
20    and her alone?
21         She said Farrah was hollering about pain
22    all that day and she holler for a guard I guess
23    and told 'em that she was having pain and it

SARAH MILLER - July 28, 2017
FARRAH JOHNSON VS LAURIE BERNARDI

45

1   felt like she was in labor and she say they
2   treated her real mean.  Real mean.
3           And I say what do you mean?  She say
4   Farrah -- I don't know which guard it was, was
5   it Nicole or the other guard was on duty -- I'm
6   not sure -- but I know Nicole was one of the
7   guards and she ask her -- to be took to the
8   hospital to be seen.
9           And she said they brung Farrah a pad in
10  there and told her to fill it up with blood.
11  And she say Farrah was steady hurting, steady
12  hurting.
13  Q.  She said Farrah what?
14  A.  Was steady hurting.  Hurting.  Hurting.  Labor
15  pain.
16  Q.  I gotcha.
17  A.  And they gave her the pad and next thing you
18  know she say Farrah sat on the commode and was
19  steady saying she was hurting.  In the process
20  of her sitting on the commode she had Farrah to
21  get up.
22          And Farrah got back on the commode and
23  she said next thing you know she looked over

**Exhibit B**

SARAH MILLER - July 28, 2017
FARRAH JOHNSON VS LAURIE BERNARDI

46

1    and the baby was in the commode and she pulled
2    Farrah up.
3 Q. And she did what?
4 A. Pulled Farrah up off of the commode and the
5    baby was there.
6 Q. Did she say she grabbed -- that she helped
7    deliver the baby?
8 A. She grabbed the baby.  In the process of her
9    grabbing the baby her and Farrah both was still
10   screaming.
11 Q. All right.  And in your affidavit you say that
12   Farrah told you that she had pain and suffering
13   because of having to deliver the baby in the
14   jail.  Right?
15 A. Yes.
16 Q. Okay.  And she told you that?  Farrah told you
17   that?
18 A. Yes.
19 Q. When Farrah delivered her third child at your
20   front doorway, did you observe that Farrah had
21   pain and suffering during that when she
22   delivered the baby?
23 A. Yes.  There's pain period when you have

ADVANTAGE REPORTING SERVICE
PHONE: 309-673-1881   FAX: 309-673-0341

Exhibit B

SARAH MILLER - July 28, 2017
FARRAH JOHNSON VS LAURIE BERNARDI

47

1     children.
2 Q. Did Farrah ever tell you that -- that she had
3     back pain when she had epidurals with two of
4     her babies?  I guess it would be her first two
5     babies.  That she had epidurals and it caused
6     her back issues, back pain?
7 A. I knew she had an epidural with the first
8     child.  As far as with back pain, you're going
9     to have back pain when you're having childrens
10     anyway 'cause you're carrying weight on you.
11         But in her situation with this last baby
12     I could understand her saying she suffered
13     because she was handcuffed all the time while
14     they're taking -- taking her placenta up out of
15     her.  How can you handcuff someone while
16     they're delivering a baby?
17 Q. Oh, you're talking about at the hospital.
18 A. Yes.
19 Q. Did Farrah tell you about an incident where she
20     got hit in the back with a shopping cart?
21 A. Yes.
22 Q. What did she tell you about that?
23 A. She was shopping and someone bumped her with a

**Exhibit B**

SARAH MILLER - July 28, 2017
FARRAH JOHNSON VS LAURIE BERNARDI

48

1 shopping cart.
2 Q. And bumped her in the back?
3 A. Yes.
4 Q. What did she tell you about that injury?
5 A. She just say she had back pain.
6 Q. Did she tell you when that happened?
7 A. No. I mean, she maybe did but I don't recall
8 the month and the date and all that. I don't
9 recall that.
10 Q. Was it before Orlando was born or after Orlando
11 was born? If you remember.
12 A. Probably after.
13 Q. Are you sure or you're not sure?
14 A. I would say after.
15 Q. And do you know if Farrah went and got medical
16 treatment?
17 A. For her back?
18 Q. Yes. After she got hit with the shopping cart.
19 A. Not of my knowledge.
20 Q. To your knowledge is Farrah currently seeing
21 any doctor for any reason?
22 A. I believe so.
23 Q. Do you know for what?

ADVANTAGE REPORTING SERVICE
PHONE: 309-673-1881   FAX: 309-673-0341

**Exhibit B**