E-FILED
Monday, 06 August, 2018 04:13:12 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| FARRAH JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:16-cv-02019-CSB |
| | ) | |
| v. | ) | |
| | ) | Judge Colin S. Bruce |
| HARTSHORN, et al., | ) | |
| | ) | **JURY DEMAND** |
| Defendants. | ) | |

## DEFENDANTS' SECOND SET OF INTERROGATORIES TO PLAINTIFF FARRAH JOHNSON

These second set of written Interrogatories are propounded by Defendants, LAURIE BERNARDI, NICOLE ROUSE and KEVIN MASKEL, pursuant to Federal Rule of Civil Procedure 33. Under said Rule, Plaintiff is required to serve upon the undersigned sworn answers within thirty (30) days:

1. When and where were your children born (listing in each case the hospital where your children were delivered)?

**ANSWER:**

2. When did you lose custody of your children? What judge awarded custody and what is the case number(s) and venue of the case or cases regarding the custody of your children?

**ANSWER:**

3. When were you hit in the back by a shopping cart? What medical attention did you receive for the injuries you received after that incident? Identify all dates that you received medical attention after that incident, along with the name and address of all medical providers.

**ANSWER:**

**Exhibit C**

4. Describe any contacts or conversations you had with any of the inmates at the Jail between April 2, 2014 to April 30, 2014 regarding your pregnancy, your delivery and the events described in the complaint. For each inmate that you spoke with, provide the inmate's name, list known address, phone number and any contact that you or your attorneys have had with said inmate since April, 2014

**ANSWER:**

5. On what date(s) have you had hearings in connection with your fitness to stand trial in a criminal matter? In what criminal cases (please identify case numbers) have you had those hearings? Who were you examined by in connection with those hearings? Have you ever been found by a court to not be fit to stand trial? If so, who made that finding and what was the basis for that finding?

**ANSWER:**

6. Describe any medical or mental health care that you have received since the date of your deposition, including the names and addresses of any medical or mental health providers.

**ANSWER:**

7. Describe any ongoing injuries which you believe you have suffered since the date of your deposition which you attribute to Defendants' actions in this case.

**ANSWER:**

8. Identify any monetary loss or "specials" which you attribute to the actions of Defendants.

**ANSWER:**

**Exhibit C**

Respectfully submitted,

_____
JASON W. ROSE, *one of the attorneys for Defendants*

JASON W. ROSE
MICHAEL W. CONDON
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774

**Exhibit C**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF Du PAGE | ) |

### PROOF OF SERVICE

I, Victoria Giordano, a non-attorney, hereby certify that on April 6, 2018, I served the foregoing ***Defendants' Second Set of Interrogatories to Plaintiff*** by mailing a copies via U.S. mail, by placing a copy of same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois, before 5:00 p.m., with the proper postage prepaid.

TO:

Sarah Grady, Esq.
Rachel Elaine Brady, Esq.
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
sarah@loevy.com
brady@loevy.com

_____
Victoria Giordano

SUBSCRIBED and SWORN to before me this 6th day of April, 2018.

_____
NOTARY PUBLIC

TINA J SANTILLE
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
October 20, 2020

**Exhibit C**