UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SARAH MILLER, ) | |
| ) | |
| Plaintiff, ) | Case No. 18-cv-2050 |
| ) | |
| vs. ) | |
| ) | Judge Colin Stirling Bruce |
| PATRICK HARTSHORN, KEVIN ) | |
| MASKEL, NICOLE ROUSE, LAURIE ) | Magistrate Judge Eric I. Long |
| BERNARDI, UNKNOWN VERMILION ) | |
| COUNTY SHERIFF'S DEPT. EMPLOYEES, ) | |
| and the COUNTY OF VERMILION, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

**DEFENDANTS' INTERROGATORIES TO PLAINTIFF**

These written Interrogatories are propounded by Defendants, PATRICK HARTSHORN, LAURIE BERNARDI, NICOLE ROUSE, and the COUNTY OF VERMILION, pursuant to Federal Rule of Civil Procedure 33. Under said Rule, Plaintiff is required to serve upon the undersigned sworn answers within thirty (30) days:

**INTERROGATORIES**

1. State your name, address, Social Security Number, date of birth, driver license number and State of issue, and current occupation. Further state whether you have ever been known by or used any name(s) other than the name(s) given in response to this Interrogatory, and if so, please state such other name(s) and the dates within which you used or were known by such name(s).

**ANSWER:**

2. State whether you have ever received or are currently receiving Medicare. If so, state the following: (i) your Medicare number, i.e., your Health Care Identification

Exhibit D

Number (HICN); (ii) the amount(s) of medical benefits paid by Medicare for medical care you are claiming was proximately caused by the alleged incident/occurrence in this case; and (iii) identify any and all communications (oral, written or otherwise) with Medicare with respect to medical benefits paid on your behalf or with respect to any lien or potential lien Medicare claims for medical benefits. If not, state whether you have ever applied for Medicare benefits in the past, the dates you applied for such benefits, and the resolution of your application for benefits.*

**ANSWER:**

    3.    Do you anticipate receiving any Medicare or Medicaid benefits within the next five years?

**ANSWER:**

    4.    Have you applied for Social Security Disability Insurance (SSDI) and if so, state the date that the application was filed. If you ever submitted an SSDI application which was denied, state: (i) the date the SSDI application was denied; (ii) the reason for the denial of benefits stated by the Social Security Administration; and (iii) whether the denial of benefits was appealed, and if so, the date of any such appeal and its outcome. If SSDI benefits were awarded, state: (i) the date of such award; (ii) list the beginning date the benefits covered and the period of time for which such benefits were paid; and (iii) the injury claimed that resulted in the award of benefits and the date of the injury.

**ANSWER:**

Exhibit D

5.	State the full name and last known residence address and telephone number of each person who witnessed or claims to have witnessed the occurrences that are the subject of this suit.

**ANSWER:**

6.	State the full name and current residence address of each person not named in Interrogatory No. 5 above who was present and/or claims to have been present at the scene immediately before, at the time of, and/or immediately after the occurrences.

**ANSWER:**

7.	Do you know of any statements made by any person relating to the complained of occurrences? If the answer to this interrogatory is in the affirmative, state the following:

(a)	the date of dates of such conversations and/or statements;
(b)\	the place of such conversations and/or statements;
(c)	all persons present for the conversations and/or statements;
(d)	the matters and things stated by the person in the conversations and/or statements;
(e)	whether the conversation was oral, written and/or recorded; and
(f)	who has possession of the statement if written and/or recorded.

**ANSWER:**

8.	Were any photographs, audio recordings, movies, and/or videotapes taken of the scene of the occurrence or of the persons involved? If so, state the date or dates on which such photographs, audio recordings, movies and/or videotapes were taken, the subject thereof, who now has custody of them, and the name, address, and occupation and employer of the person taking them.

**ANSWER:**

Exhibit D

9. Have you ever been convicted of a misdemeanor involving dishonesty, false statement, or of a felony? If so, state the nature thereof, the date of the conviction, and the court and the caption in which the conviction occurred. For the purpose of this interrogatory a plea of guilty shall be considered as a conviction.

**ANSWER:**

10. Describe every injury claimed to have been a result of the occurrence or occurrences alleged in the complaint. If you claim multiple injuries inflicted by different individuals or entities or at different times and places, so state, indicating when and where each such injury was inflicted.

**ANSWER:**

11. If minor O.J. is claiming any injuries, state the following: (a) the name and address of each attending physician; (b) the name and address of each consulting physician; (c) the name and address of each person or laboratory taking an x-ray of him; (d) the date or inclusive dates on which each of them rendered him service; (e) the amounts to date of their respective bills for services; and (f) from which of them has the written reports? Was O.J. a patient or outpatient in any hospital or clinic? If so, state the names and addresses of each such hospital or clinic, the amounts of their respective bills, and the date or inclusive dates of said services.

**ANSWER:**

12. If you or minor O.J. are claiming any mental or emotional injuries as a result of the occurrences alleged in the complaint, explain and describe the alleged injuries or condition, list each mental health care provider who has diagnosed or treated

Exhibit D

for the injury or condition, and indicate the address of the provider and the dates of treatment.

**ANSWER:**

  13. If you have ever filed any other suit for your own personal injuries, or for any person who you had custody or guardianship of, state the court and caption in which filed, the year filed, and the title and docket number of the case.

**ANSWER:**

  14. Identify all of your biological children and grandchildren (indicating in each case the date of birth and where your children or grandchildren were born).

**ANSWER:**

  15. Indicate all minor children that you currently have custody or guardianship of, including the name of each child, the date of birth of the child, your relationship to the child, the date on which you obtained custody or guardianship of the child, and the court or judge that awarded custody or guardianship of the child.

**ANSWER:**

  16. With respect to minor O.J., indicate every doctor and medical office which has seen or examined O.J. and/or provided medical care for O.J. For each medical provider, indicate each date on which O.J. was seen and identify the nature of the visit or examination.

**ANSWER:**

  17. If you are claiming that O.J. has suffered injuries as a result of the events giving rise to the litigation, identify and describe in detail O.J.'s alleged injuries.

**ANSWER:**

Exhibit D

18. If you are claiming that you or O.J. have incurred medical or mental health bills as a result of the events giving rise to the litigation, identify each medical or mental health provider, the date that services were provided, the amount of the bill, and indicate whether the bill has been paid (and if so the source of the payment).

**ANSWER:**

19. Have you ever filed (or has anyone ever filed on your behalf) any motions to obtain an orders of protection against Farrah Johnson? If so, identify the underlying case, the court venue, the date or dates on which you sought the order, the judge that considered your motion, and whether your motion was granted by the court.

**ANSWER:**

20. With respect to Interrogatory No. 19 above, did you (or someone on your behalf) provide any affidavits or statements in support of your motions for an order of protection. If so, please provide a copy of the statement or statements.

**ANSWER:**

21. Describe in detail the extent of your contact with Farrah Johnson since April 6, 2014.

**ANSWER:**

22. Describe any conversations that you have had with Farrah Johnson since April 6, 2014 regarding your custody or guardianship of O.J.

**ANSWER:**

23. Describe the extent of Farrah Johnson's contact with O.J. since April 6, 2014.

**ANSWER:**

**Exhibit D**

24. Identify any monetary or financial loss that you attribute to the events giving rise to this lawsuit.

**ANSWER:**

25. Describe any conversations that you had with Farrah Johnson regarding the birth of Ollen Johnson on the porch/front steps of your house on or about October 10, 2012.

**ANSWER:**

Respectfully submitted,

*/s/ Jason W. Rose*
JASON W. ROSE, *one of the attorneys for Defendants*

MICHAEL W. CONDON, ARDC No. 06192071
JASON W. ROSE, ARDC No. 06208130
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774

Exhibit D

STATE OF ILLINOIS )
) SS.
COUNTY OF DuPAGE )

## PROOF OF SERVICE

I, Tina J. Santille, a non-attorney, on oath, state: I served the foregoing *Defendants' Interrogatories to Plaintiff* upon the attorneys of record, as shown below, via email, to the email addresses set forth below, and by depositing same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on May 22, 2018, before 5:00 p.m., with the proper postage prepaid.

TO:  Sarah C. Grady  
Rachel Elaine Brady  
Loevy & Loevy  
311 North Aberdeen St., 3rd Fl.  
Chicago, IL 60607  
sarah@loevy.com  
brady@loevy.com  

Elizabeth A. Knight, Esq.  
Knight Hoppe, Kurnik & Knight, Ltd.  
833 W. Lincoln Highway, Suite 340E  
Schererville, IN 46375  
eknight@khkklaw.com  

_____  
Tina J. Santille

SUBSCRIBED and SWORN to before me this 22nd day of May, 2018.

_____  
NOTARY PUBLIC

OFFICIAL SEAL  
KATHRYN D. MAYER  
Notary Public - State of Illinois  
My Commission Expires 9/15/2020

Exhibit D