

Rachel Brady <brady@loevy.com>

## Johnson - June 19 Telephone call
7 messages

**Sarah Grady** <sarah@loevy.com>　　　　　　　　　　　　　　　　　Wed, Jun 20, 2018 at 10:11 PM
To: Jason Rose <jrose@hcbattorneys.com>, Michael Condon <mcondon@hcbattorneys.com>, Jenna Throw <jthrow@khkklaw.com>, Byron Knight <bknight@khkklaw.com>, Betty Knight <Eknight@khkklaw.com>
Cc: Rachel Brady <brady@loevy.com>

Please find below a summary of the phone call we had yesterday regarding discovery in the Johnson case (and to some extent, the Miller case as well):

**1. Depositions**. We set the following tentative schedule for depositions:

- 7/2 in Danville: Four VCJ employees (there are a total of 9: Young, Walker, Harris, Kuemmerhle, Accord, Wallworth, Galloway, Rademacher, Barrett).

- 7/10 in Danville: Dr. Ibrahim and Dr. Howard. Plaintiff will notice Dr. Howard's deposition and Defendants will notice Dr. Ibrahim's deposition.

- 7/11 in Danville: Possible date for Sheriff Hartshorn's deposition (pending Mike's availability).

- 7/12 in Urbana: Dr. Jeckel and K. La Brockett. Defendants will notice Dr. Jeckel's deposition and Plaintiff will notice Ms. Brockett's deposition.

- 7/13 in Danville: The other four VCJ employees (see above).

- 7/16 in Champaign: Dr. Young and Nurse Galloway.

- 7/19 in Danville: Plaintiff's Nurse Practitioner.

- 7/24 at Loevy: L'Oreal Cloyd. Defendants will notice.

- 7/26 at Logan: Kaylia Fannin. Plaintiff will notice. We will need a court order for this; can I represent that it is unopposed?

**2. Sarah Miller and Farrah Johnson Depositions**. We spoke about additional depositions of Sarah Miller and Farrah Johnson. I told you that we objected to any secondary depositions of them in Ms. Johnson's case, but would be willing to entertain the possibility to producing them for additional depositions in Ms. Miller's case if Defendants would be willing to agree to a list of topics to be discussed at that deposition.

Jenna told me that she would like me to discuss that issue with Betty, who may be willing to come up with a list of topics, before raising the issue with the Court.

**3. Subpoenas.** I raised the issue of the subpoenas Defendants served, which you agreed to limit. Jason told me that he would have his assistant investigate the matter and get back to me today. I have not heard from her. **Please confirm no later than close of business tomorrow that you have contacted the subpoenaed facilities and informed them that you are withdrawing the subpoenas as issued. Please also confirm that you have *not* received the documents requested by the subpoenas.** If we do not hear from you by close of business tomorrow, we will file an emergency motion with the Court.

**4. Plaintiff's discovery responses.** We discussed the following written discovery responses:

- ROGs 2 and 5; RFPs 8-10: We reached an impasse. You contend these discovery items are relevant to Farrah Johnson's claims for damages; we contend that these issues have no relevance and are instead character attacks. This is ripe for a decision by the Court.

- ROG 8. You agreed to strike the words "and specials" from your interrogatory and asked us to supplement with details about the date, time, place, and amount of co-pays. We agreed to supplement.

- RFP 2. We agreed to put this request to the side because we will be producing O.J.'s medical records in the Miller case.

**5. Defendants' discovery responses.** We discussed the following written discovery issues from Defendants:

- RFP 8: Schedule showing locations of officers' assignments in the jail. Defendant Maskel testified that the schedule documents you produced to us were first drafts that supervisors then electronically modified with officers' particular assignments within the jail. We would like those modified documents. You agreed to investigate and respond.

- RFPs 9 and 13. We asked you to confirm that you have produced all medical policies and procedures that the Vermilion County Jail or Vermilion County Sheriff's Department has had in effect at any point between April 6, 2009 and April 6, 2015. You agreed to investigate

**Exhibit E**

and respond.

- Book-in logs for April 2, 2014 through April 7, 2014. During Defendant Maskel's deposition, it became apparent that the book-in logs you have produced are just excerpts of the complete set of book-in logs for the dates requested. We would like a complete set of all book-in logs for April 2 through April 7, 2014. You agreed to investigate and respond.

- Medical and mental health records in Defendants' personnel files. You have refused to produce these and the parties agree that this dispute is ripe for a decision by the Court.

If you believe there is anything incomplete or inaccurate about my summary, please let me know immediately. Thank you.

Sarah

Sarah C. Grady
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com

---

**Rachel Brady** <brady@loevy.com>                                    Thu, Jun 21, 2018 at 8:22 AM
To: Sarah Grady <sarah@loevy.com>

Thank you for doing this.
[Quoted text hidden]
--
Rachel Brady
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
312.243.5900
brady@loevy.com

---

**Jason Rose** <jrose@hcbattorneys.com>                               Thu, Jun 21, 2018 at 12:43 PM
To: Sarah Grady <sarah@loevy.com>, Michael Condon <mcondon@hcbattorneys.com>, Jenna Throw <jthrow@khkklaw.com>, Byron Knight <bknight@khkklaw.com>, Betty Knight <Eknight@khkklaw.com>
Cc: Rachel Brady <brady@loevy.com>

Sarah:

With respect to the two subpoenas which we previously agreed to limit (Dr. Gindi & Bayview Clinic), we contacted Record Copy Services (RCS) and asked RCS to limit the documents produced to only records relating to treatment or care on or after April 6, 2009. We in fact have not received any records yet from RCS in response to those subpoenas. However, Tina was advised this week by RCS that they sent 12 pages of records to our office on Tuesday and RCS sends the records to our office via Fed Ex. In any event, I have instructed our office that when those records arrive that we will not open the package and we will have the records sent directly to your office via overnight mail and you can then produce the records in the group which relate to treatment or care on or after April 6, 2009. I believe that should satisfy your concerns in the matter.

Jason W. Rose

Hervas, Condon & Bersani, P.C.

333 Pierce Road, Suite 195

Itasca, Illinois 60143

W: 630-860-4344

C:  630-258-3786

jrose@hcbattorneys.com

CONFIDENTIALITY NOTICE: The documents accompanying this e-mail contain confidential information belonging to the sender which is legally privileged.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail information is strictly prohibited.

**From:** Sarah Grady <sarah@loevy.com>
**Sent:** Wednesday, June 20, 2018 10:12 PM
**To:** Jason Rose <jrose@hcbattorneys.com>; Michael Condon <mcondon@hcbattorneys.com>; Jenna Throw <jthrow@khkklaw.com>; Byron Knight <bknight@khkklaw.com>; Betty Knight <Eknight@khkklaw.com>
**Cc:** Rachel Brady <brady@loevy.com>
**Subject:** Johnson - June 19 Telephone call

[Quoted text hidden]

---

**Sarah Grady** <sarah@loevy.com>      Thu, Jun 21, 2018 at 12:45 PM
To: Jason Rose <jrose@hcbattorneys.com>
Cc: Michael Condon <mcondon@hcbattorneys.com>, Jenna Throw <jthrow@khkklaw.com>, Byron Knight <bknight@khkklaw.com>, Betty Knight <Eknight@khkklaw.com>, Rachel Brady <brady@loevy.com>

Great. I think it does. Thanks.

Sarah C. Grady
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com

[Quoted text hidden]

---

**Jason Rose** <jrose@hcbattorneys.com>      Thu, Jun 21, 2018 at 1:54 PM
To: Sarah Grady <sarah@loevy.com>
Cc: Michael Condon <mcondon@hcbattorneys.com>, Jenna Throw <jthrow@khkklaw.com>, Byron Knight <bknight@khkklaw.com>, Betty Knight <Eknight@khkklaw.com>, Rachel Brady <brady@loevy.com>

Sarah:

As you know, we agreed to withdraw our subpoena issued in early May 2018 to Madden Health Center because it was not originally limited to April 6, 2009 to the present. You stated in an e-mail (sent to me on May 8) that you would request the records from Madden Health Center and then disclose the records received. Please advise regarding the status of those records and when we can expect to receive them.

Jason W. Rose

Hervas, Condon & Bersani, P.C.

333 Pierce Road, Suite 195

Itasca, Illinois 60143

W: 630-860-4344

C: 630-258-3786

jrose@hcbattorneys.com

CONFIDENTIALITY NOTICE: The documents accompanying this e-mail contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail information is strictly prohibited.

**From:** Sarah Grady <sarah@loevy.com>
**Sent:** Thursday, June 21, 2018 12:45 PM
**To:** Jason Rose <jrose@hcbattorneys.com>
**Cc:** Michael Condon <mcondon@hcbattorneys.com>; Jenna Throw <jthrow@khkklaw.com>; Byron Knight <bknight@khkklaw.com>;

Betty Knight <Eknight@khkklaw.com>; Rachel Brady <brady@loevy.com>
**Subject:** Re: Johnson - June 19 Telephone call

[Quoted text hidden]

---

**Jason Rose** <jrose@hcbattorneys.com>      Mon, Jun 25, 2018 at 11:57 AM
To: Sarah Grady <sarah@loevy.com>
Cc: Michael Condon <mcondon@hcbattorneys.com>, Jenna Throw <jthrow@khkklaw.com>, Byron Knight <bknight@khkklaw.com>, Betty Knight <Eknight@khkklaw.com>, Rachel Brady <brady@loevy.com>

Sarah:

1. You indicated last Tuesday when we spoke that you would be providing this office with Plaintiff's responses to written discovery in the Sarah Miller case on Thursday (June 21) and a new global demand letter the following day (June 22) but we did not receive either. When will we be receiving discovery responses and the demand letter?
2. Per our agreement, we fed-exed your office the documents received from Dr. Gindi's family practice office on Friday and you should have received them today. We were told from RCS that there were only 12 pages but again we did not open the package received from RCS. Assuming that the records all relate to treatment after April 6, 2009, please scan and e-mail the pages to me today or tomorrow.
3. It is my understanding from last week that you will be speaking with Betty today regarding taking the depositions of Farrah Johnson and Sarah Miller. If the parties are at an impasse, we should schedule that matter with Magistrate Long for later this week, at which time we can also discuss the other matters discussed last week where the parties are at impasse. I'm available this Wednesday or Friday to have a short conference call with Magistrate Long regarding these matters. Are you available? Should I call Magistrate Long's chambers to see when he is available?

Jason W. Rose

Hervas, Condon & Bersani, P.C.

333 Pierce Road, Suite 195

Itasca, Illinois 60143

W: 630-860-4344

C: 630-258-3786

jrose@hcbattorneys.com

CONFIDENTIALITY NOTICE: The documents accompanying this e-mail contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail information is strictly prohibited.

**From:** Sarah Grady <sarah@loevy.com>
**Sent:** Thursday, June 21, 2018 12:45 PM
**To:** Jason Rose <jrose@hcbattorneys.com>
**Cc:** Michael Condon <mcondon@hcbattorneys.com>; Jenna Throw <jthrow@khkklaw.com>; Byron Knight <bknight@khkklaw.com>; Betty Knight <Eknight@khkklaw.com>; Rachel Brady <brady@loevy.com>
**Subject:** Re: Johnson - June 19 Telephone call

[Quoted text hidden]

---

**Jenna Throw** <Jthrow@khkklaw.com>      Mon, Jun 25, 2018 at 1:27 PM
To: Jason Rose <jrose@hcbattorneys.com>, Sarah Grady <sarah@loevy.com>
Cc: Michael Condon <mcondon@hcbattorneys.com>, Byron Knight <Bknight@khkklaw.com>, Betty Knight <Eknight@khkklaw.com>, Rachel Brady <brady@loevy.com>

Dear Counsel,

I've discussed the matter further with Byron, and I believe we are prepared to also submit the dispute regarding depositions of Farrah Johnson and Sarah Miller to the court, as it seems that we will be at an impasse on that issue as well. We would prefer Thursday or Friday for a conference with the Court.

Jenna

Jenna K. Throw

Associate Attorney

Knight, Hoppe, Kurnik & Knight, Ltd.

833 W. Lincoln Highway

Suite 340E

Schererville, IN  46375

Phone:  (219) 322-0830;  Fax:  (219) 322-0834

Email:   JThrow@khkklaw.com

Website:  www.khkklaw.com



*******************************************************************************

CONFIDENTIAL AND PRIVILEGED:  This message is intended only for the use of the individual or entity to which it is addressed, and contains information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by electronic mail or telephone, delete the message, and destroy any copies. Thank you.

*******************************************************************************

🌐 Please consider the environment before printing this e-mail

---

**From:** Jason Rose [mailto:jrose@hcbattorneys.com]
**Sent:** Monday, June 25, 2018 11:58 AM
**To:** Sarah Grady <sarah@loevy.com>
**Cc:** Michael Condon <mcondon@hcbattorneys.com>; Jenna Throw <Jthrow@khkklaw.com>; Byron Knight <Bknight@khkklaw.com>; Betty Knight <Eknight@khkklaw.com>; Rachel Brady <brady@loevy.com>
**Subject:** RE: Johnson - June 19 Telephone call

Sarah:

1) You indicated last Tuesday when we spoke that you would be providing this office with Plaintiff's responses to written discovery in the Sarah Miller case on Thursday (June 21) and a new global demand letter the following day (June 22) but we did not receive either. When will we be receiving discovery responses and the demand letter?

2) Per our agreement, we fed-exed your office the documents received from Dr. Gindi's family practice office on Friday and you should have received them today. We were told from RCS that there were only 12 pages but again we did not open the package received from RCS. Assuming that the records all relate to treatment after April 6, 2009, please scan and e-mail the pages to me today or tomorrow.

3) It is my understanding from last week that you will be speaking with Betty today regarding taking the depositions of Farrah Johnson and Sarah Miller. If the parties are at an impasse, we should schedule that matter with Magistrate Long for later this week, at which time we can also discuss the other matters discussed last week where the parties are at impasse. I'm available this Wednesday or Friday to have a short conference call with Magistrate Long regarding these matters. Are you available? Should I call Magistrate Long's chambers to see when he is available?

[Quoted text hidden]